```
 1  ROBERT S. BREWER, JR.
    United States Attorney
 2  KEVIN L. SPENCER
    Special Assistant U.S. Attorney
 3  California State Bar No. 286184
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-9057

 6  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 7
```



FILED
JUL 23 2019

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19 CR 2302-BAS |
|---|---|
| Plaintiff, | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| v. | |
| RICHARD LEE MOYA (2), | (Pre-Indictment Fast-Track Program) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Kevin L. Spencer, Special Assistant United States Attorney, and defendant RICHARD LEE MOYA, by and through and with the advice and consent of defense counsel, Carlos C. Ruan, ~~Brian P. Funk~~, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witness, Luis Angel Salto-Penaloza, in this case:

    a. Is an alien with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about May 22, 2019;

KLS:da:6/5/2019

Rec'd in Docketing
on 7/25/2019

      c. Was found in a vehicle, driven by co-defendant near Westmorland, California and that defendant knew or acted in reckless disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

      d. Was paying $7,500.00 to others to be brought into the United States illegally and/or transported illegally to his destination therein; and,

      e. May be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

3. The vehicle driven by co-defendant in this case:

      a. Was seized as evidence and is held by the Department of Homeland Security;

      b. May be released as evidence and immediately disposed of by the Department of Homeland Security.

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

      b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

      c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case; and,

      d. Defendant waives the opportunity to examine the vehicle or object to its unavailability in this case.

1  5. By signing this stipulation and joint motion, defendant
2  certifies that defendant has read it (or that it has been read to
3  defendant in defendant's native language). Defendant certifies further
4  that defendant has discussed the terms of this stipulation and joint
5  motion with defense counsel and fully understands its meaning and effect.
6  Based on the foregoing, the parties jointly move the stipulation
7  into evidence and for the immediate release and remand of the above-
8  named material witness(es) to the Department of Homeland Security for
9  return to his country of origin.
10  It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

7-17-19
DATED

KEVIN L. SPENCER
Special Assistant U.S. Attorney

7/2/19
DATED

CARLOS C. RUAN
Defense Counsel

7/2/19
DATED

RICHARD LEE MOYA
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to his country of origin.

**SO ORDERED.**

DATED 7/23/19

United States Magistrate Judge