# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 19cr2302-BAS |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Linares, et al ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **BERNARD G. SKOMAL**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Luis Angel Salto-Penaloza

DATED: 7/23/2019

BERNARD G. SKOMAL
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

RECEIVED IN DOCKETING
JUL 25 2019

JOHN MORRILL        Clerk
by _____ x7104
Deputy Clerk
K. BETANCOURT

☆ U.S. GPO: 2003-561-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95